AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Middle _____ DISTRICT OF _____ Alabama

Rachel Cumbie

v.

Ruby Tuesday, Inc
Bobby Vaughn

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV- 3:05CV569-W

TO: (Name and address of defendant)

Ruby Tuesday, Inc
150 W. Church Ave
Maryville, TN 37801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Michael Quinn
H. Wallace Blizzard
Wiggins, Childs, Quinn & Pantazis LLC
301 19th St North
B'ham, AL 35203

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                6-14-05

CLERK                                           DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                        Signature of Server

                                         _____
                                         Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_Middle_ DISTRICT OF _Alabama_

Rachel Cumbie

v.

Ruby Tuesdays Inc
Bobby Vaughn

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV - 3:05CV569-W

TO: (Name and address of defendant)

Bobby Vaughn
c/o Ruby Tuesday Inc
1627-31 Opelika Road
Auburn, Al 36830

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Michael Quinn
H. Wallace Blizzard
Wiggins, Childs, Quinn & Pantazis LLC
301 19th St North
B'ham, Al 35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                     6.14.05
CLERK                                  DATE

_[signature]_
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                                Signature of Server

                                         _____
                                         Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.