**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 30, 2005

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Rachel Cumbie v. Ruby Tuesday, Inc., et al.

**Case Number:** #3:05-cv-00569-SRW

**Referenced Document:** Document #3
Summons returned executed

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The corrected pdf is attached to this notice.**