IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| RACHEL CUMBIE, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV569-W |
| | ) | |
| RUBY TUESDAY INC. | ) | |
| BOBBY VAUGHN, | ) | |
| | ) | |
| **Defendants** | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

In accordance with Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama, Cornelius R. Heusel and Jennifer A. Faroldi move for permission to practice pro hac vice on behalf of Defendants, Ruby Tuesday, Inc. and Bobby Vaughn, and in support thereof submit the attached Affidavits.

Respectfully submitted,

/s/ **Cornelius R. Heusel**
CORNELIUS R. HEUSEL (La. 06849)
JENNIFER A. FAROLDI (La. 25668)
**JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE L.L.P.**
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: 504-582-8000
Facsimile: 504-582-8015

*Attorneys for Defendants,
Ruby Tuesday, Inc. and Bobby Vaughn*

{N1319071.1}                    1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2005, I electronically filed the foregoing with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon the following:

C. Michael Quinn
H. Wallace Blizzard
Wiggins, Childs, Quinn & Pantazis, P.C.
301 19th Street North
Birmingham, AL  35203

Sherrie V. McKenzie
25 West Claiborne Street
Monroeville, AL  36460

/s/ **Cornelius R. Heusel**

## AFFIDAVIT OF CORNELIUS R. HEUSEL

(a)     My full name is Cornelius Robert Heusel;

(b)     My residence is 7312 Stoneleigh Drive, Harahan, Louisiana, 70123;

(c)     My business address is 201 St. Charles Avenue, New Orleans, Louisiana 70170, and my telephone number is (504) 582-8148;

(d)     I practice law as a partner in the firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.;

(e)     I graduated from Loyola University in New Orleans, Louisiana in 1967 with a Juris Doctor degree;

(f)     I was admitted to practice in the following courts on the dates indicated:

    (1)     Eastern & Middle Districts of Louisiana–1967

    (2)     Western District of Louisiana–1987

    (3)     Northern District of Texas–1980

    (4)     Eastern District of Texas–1999

    (5)     Western District of Texas–2002

    (6)     Eastern & Western Districts of Arkansas–1995

    (7)     District of Colorado–1998

    (8)     United States Court of Appeals for the Fourth Circuit–1997

    (9)     United States Court of Appeals for the Fifth Circuit–1981

    (10)    United States Court of Appeals for the Sixth Circuit–1994

    (11)    United States Court of Appeals for the Eighth Circuit–1993

    (12)    United States Court of Appeals for the Eleventh Circuit–1981

    (13)    Supreme Court of the State of Louisiana–1967

(14) Supreme Court of the United States–1990

My Louisiana Bar number is 06849;

(g) I am in good standing and not under suspension or disbarment in all courts to which I have been admitted;

(h) Attached is a Certificate of Good Standing from the United States District Court for the Eastern District of Louisiana, the district in which I reside and regularly practice law.

Further, affiant sayeth not.

_____
CORNELIUS R. HEUSEL

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 21st DAY OF July, 2005.

_____
NOTARY PUBLIC

Joseph F. Lavigne
Printed Name

28119
Notary Identification or Bar Roll Number

My Commission Expires: at death

{N1319071.1}                                  2

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern    **DISTRICT OF**    Louisiana

**CERTIFICATE OF
GOOD STANDING**

I, _____ Loretta G. Whyte _____ , *Clerk of this Court,*

certify that ____ Cornelius R. Heusel ____ , *Bar #* ____ 6849 ____ ,

was duly admitted to practice in this Court on

_____ 10/13/1967 _____ , *and is in good standing*
DATE

as a member of the Bar of this Court.

Dated at ____ New Orleans, Louisiana ____ on ____ 6/30/2005 ____ .
            LOCATION                                    DATE

*Loretta G. Whyte*
CLERK

*[signature]*
DEPUTY CLERK

## AFFIDAVIT OF JENNIFER A. FAROLDI

(a)   My full name is Jennifer A. Faroldi;

(b)   My residence is 3502 Bauvais Street, Metairie, Louisiana 70001;

(c)   My business address is 201 St. Charles Avenue, New Orleans, Louisiana 70170, and my telephone number is (504) 582-8154;

(d)   I practice law as an associate in the firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.;

(e)   I graduated from Loyola University, New Orleans, Louisiana in 1998 with a Juris Doctor degree;

(f)   I was admitted to practice in the following courts on the dates indicated:

    (1)   Eastern District of Louisiana – 1998

    (2)   Western District of Louisiana–2000

    (3)   Middle District of Louisiana – 2002

    (4)   United States Court of Appeals for the Fifth Circuit–2000

    (5)   United States Court of Appeals for the Eleventh Circuit–2003

    (6)   Supreme Court of the State of Louisiana–1998

    My Louisiana Bar number is 25668;

(g)   I am in good standing and not under suspension or disbarment in all courts to which I have been admitted;

(h)   Attached is a Certificate of Good Standing from the United States District Court for the Eastern District of Louisiana, the district in which I reside and regularly practice law.

{N1319071.1}                                              1

Further, affiant sayeth not.

_____
JENNIFER A. FAROLDI


SWORN TO AND SUBSCRIBED BEFORE ME
THIS 29th DAY OF July, 2005.

_____
NOTARY PUBLIC

Joseph F. Lavigne
Printed Name

28119
Notary Identification or Bar Roll Number

My Commission Expires: at death

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Louisiana

**CERTIFICATE OF GOOD STANDING**

I, _____Loretta G. Whyte_____, *Clerk of this Court,*

certify that ____Jennifer A. Faroldi____, *Bar #* ____25668____,

was duly admitted to practice in this Court on

_____11/30/1998_____, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at ____New Orleans, Louisiana____ on ____6/30/2005____.
LOCATION                                    DATE

_Loretta G. Whyte_                          _[signature]_
CLERK                                       DEPUTY CLERK