IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 3:05CV569-W |
| RUBY TUESDAY INC. BOBBY VAUGHN, | ) ) ) |
| Defendants | ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

In accordance with Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama, Cornelius R. Heusel and Jennifer A. Faroldi move for permission to practice pro hac vice on behalf of Defendants, Ruby Tuesday, Inc. and Bobby Vaughn, and in support thereof submit the attached Affidavits.

Respectfully submitted,

/s/ Cornelius R. Heusel
CORNELIUS R. HEUSEL (La. 06849)
JENNIFER A. FAROLDI (La. 25668)
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: 504-582-8000
Facsimile: 504-582-8015

*Attorneys for Defendants,
Ruby Tuesday, Inc. and Bobby Vaughn*

**MOTION GRANTED**
THIS ___ DAY OF _____, 20__
_____
UNITED STATES MAGISTRATE JUDGE

{N1319071.1}                    1