IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL CUMBIE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:05-CV-569-W |
| | ) | |
| RUBY TUESDAY, INC | ) | |
| BOBBY VAUGHN | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFF'S PROPOSED DISCOVERY SCHEDULE**

1. The plaintiff's attorneys have not been able to contact the defendant's attorneys, whose offices are located in New Orleans, Louisiana, which was recently devastated by Hurricane Katrina, and whose telephone number is currently not working properly, presumably due to the effects of the hurricane. Therefore, the parties were not able to meet and conduct a planning meeting or to jointly prepare the usual report of parties' planning meeting. In an effort to inform the Court of these issues and to meet the plaintiff's obligation under Fed.R.Civ.P. 26(f), the plaintiff submits the following proposed discovery schedule for this Court's review.

2. **Pre-Discovery Disclosures.** The plaintiff proposes that the parties exchange the information required by Local Rule 26.1(a)(1) either by **October 14, 2005** or as soon as is practicable thereafter**.**

3. **Discovery Plan.** The plaintiff proposes to the Court the following discovery plan:

   a. All discovery commenced in time to be completed by **August 4, 2006**.

   b. Maximum of **twenty-five (25)** interrogatories by each party to each party. Responses due 30 days after service.

   c. Maximum of **twenty-five (25)** requests for admission by each party to each party. Responses due 30 days after service.

   d. Maximum of **twenty-five (25**) request for production of document by each party to each party. Responses due 30 days after service.

  e. Maximum of **ten (10)** depositions by plaintiff to defendant and **ten (10)** by defendant to plaintiff.  Depositions limited to **seven (7) hours** for all party and non-party depositions.

  f. Reports from retained experts under Rule 26(a)(2) due:

  from plaintiff by **March 20, 2006;**
  from defendant by **April 19, 2006.**

  g. Supplementation under Rule 26(e) due upon obtaining knowledge of the discoverable information.

4. **Other Items.**

  a. Plaintiff should be allowed until **February 17, 2006** to join additional parties and to amend the pleadings.

  b. Defendant should be allowed until **March 20, 2006** to join additional parties and to amend the pleadings.

  c. All potentially dispositive motions should be filed by **August 18, 2006.**

  d. The parties have not been able to conduct settlement discussions but the plaintiff believes that settlement cannot be realistically evaluated prior to the completion of at least some portion of discovery.

  e. The parties request a final pretrial conference after the close of discovery**.**

  f. Final lists of trial evidence under Rule 26(a)(3), both witnesses and exhibits, will be exchanged prior to trial in accordance with the Court's Pre-trial Order.

  g. Parties should have **ten (10) days** after service of final lists of trial evidence to list objections under Rule 26(a)(3).

  h. The case should be ready for trial by **November 3, 2006** and, at this time, is expected to take approximately 2-3 days.

          Respectfully submitted,

          /s/ H. Wallace Blizzard
          C. Michael Quinn
          H. Wallace Blizzard
          Attorneys for the Plaintiff
          WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
          The Kress Building
          301 19th Street North
          Birmingham, Alabama 35203
          (205) 314-0555

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM/ECF participants):

Conelius R. Heusel, Esq.
Jennifer A. Faroldi, Esq.
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGERE, L.L.P.
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
(504) 582-8000

          /s/ H. Wallace Blizzard
          Of Counsel