**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **RACHEL CUMBIE,** ) | |
|    **Plaintiff** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 3:05CV569-W** |
| ) | |
| **RUBY TUESDAY, INC.** ) | |
| **BOBBY VAUGHN,** ) | |
|    **Defendants** ) | |

**NOTICE OF TEMPORARY CHANGE OF ADDRESS**

NOW INTO COURT come counsel for Defendants, Ruby Tuesday, Inc. and Bobby Vaughn, and provide notice of their temporary relocation and change of address from their firm's New Orleans office to its Baton Rouge office as a result of Hurricane Katrina. Mr. Heusel and Ms. Faroldi expect to return to their original New Orleans office address and will promptly notify this Court of the change. Mr. Heusel's and Ms. Faroldi's current temporary address is:

Cornelius R. Heusel
Jennifer A. Faroldi
**Jones, Walker, Waechter, Poitevent,**
**Carrère & Denègre, L.L.P.**
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile: (225) 248-2010
E-mail: nheusel@joneswalker.com and jfaroldi@joneswalker.com

{B0345811.1}               1

Respectfully submitted,

**/s/ Cornelius R. Heusel**
CORNELIUS R. HEUSEL (La. 06849)
JENNIFER A. FAROLDI (La. 25668)
**JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE L.L.P.**

**Current Temporary Address**
Cornelius R. Heusel
Jennifer A. Faroldi
**Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.**
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809
Telephone: (225) 248-2000
Facsimile: (225) 248-2010
E-mail: nheusel@joneswalker.com
jfaroldi@joneswalker.**com**

**Permanent Address**
201 St. Charles Avenue, Floor 47
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 5828015
E-mail: nheusel@joneswalker.com
jfaroldi@joneswalker.com

*Attorneys for Defendants,
Ruby Tuesday, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following as follows:

C. Michael Quinn
H. Wallace Blizzard
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
301 19th Street North
Birmingham, Alabama 35203

Sherrie V. McKenzie
Attorney at Law
25 West Claiborne Street
Monroeville, Alabama 36460

/s/ Cornelius R. Heusel_____