IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>RUBY TUESDAY, INC )<br>BOBBY VAUGHN )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>3:05-CV-569-W |

### JOINT REPORT OF PARTIES' PLANNING MEETING

1. **Appearances.** Pursuant to Fed. R. Civ. P 26(f), a meeting of the parties' representatives was held on **October 10, 2005**, with counsel participating by telephone.

    (a) H. Wallace Blizzard appeared on behalf of the plaintiff, Rachel Cumbie.

    (b) Jennifer A. Faroldi appeared on behalf of the defendants, Ruby Tuesday, Inc. and Bobby Vaughn.

2. **Pre-Discovery Disclosures.** The plaintiff proposes that the parties exchange the information required by Local Rule 26.1(a)(1) by **November 1, 2005.**

3. **Discovery Plan.** The plaintiff proposes to the Court the following discovery plan:

    a. All discovery commenced in time to be completed by **August 4, 2006**.

    b. Maximum of **twenty-five (25)** interrogatories by each party to each party. Responses due 30 days after service.

    c. Maximum of **twenty-five (25)** requests for admission by each party to each party. Responses due 30 days after service.

    d. Maximum of **twenty-five (25**) request for production of document by each party to each party. Responses due 30 days after service.

    e. Maximum of **ten (10)** depositions by plaintiff to defendant and **ten (10)** by

        defendant to plaintiff.  Depositions limited to **seven (7) hours** for all party and non-party depositions.

    f.    Reports from retained experts under Rule 26(a)(2) due:

        from plaintiff by **March 20, 2006;**
        from defendant by **April 19, 2006.**

    g.    Supplementation under Rule 26(e) due upon obtaining knowledge of the discoverable information.

4. **Other Items.**

    a.    Plaintiff should be allowed until **February 17, 2006** to join additional parties and to amend the pleadings.

    b.    Defendant should be allowed until **March 20, 2006** to join additional parties and to amend the pleadings.

    c.    All potentially dispositive motions should be filed by **August 14, 2006.**

    d.    The parties have not been able to conduct settlement discussions but the plaintiff believes that settlement cannot be realistically evaluated prior to the completion of at least some portion of discovery.

    e.    The parties request a final pretrial conference after the close of discovery**.**

    f.    Final lists of trial evidence under Rule 26(a)(3), both witnesses and exhibits, will be exchanged prior to trial in accordance with the Court's Pre-trial Order.

    g.    Parties should have **ten (10) days** after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    h.    The case should be ready for trial by **December 4, 2006** and, at this time, is expected to take approximately 2-3 days.

Respectfully submitted,

/s/ H. Wallace Blizzard
C. Michael Quinn
H. Wallace Blizzard
Attorneys for the Plaintiff
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0555

/s/ Jennifer A. Faroldi
Cornelius R. Heusel
Jennifer A. Faroldi
JONES, WALKER, WAECHTER, POITEVENT,
CARRÈRE & DENÈGRE, L.L.P.
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, Louisianna 70809
(225) 248-2000