RECEIVED

2005 OCT 12 A 8:47

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| RACHEL CUMBIE                     | ) |
|---|---|
|                                   | ) |
| Plaintiff(s),                     | ) |
|                                   | ) |
| v.                                | )   CIVIL ACTION NO. 3:05-CV-569-W |
|                                   | ) |
| RUBY TUESDAY, INC. ET AL.,        | ) |
|                                   | ) |
| Defendant(s).                     | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

10-10-2005
Date

H. Wallace Blizzard
Signature

RACHEL CUMBIE
Counsel For (**print** name of all parties)

301 19th Street North, Birmingham, AL 35203
Address, City, State Zip Code

(205) 314-0593
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101