IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 3:05CV569-W |
| | ) |
| RUBY TUESDAY INC. | ) |
| BOBBY VAUGHN, | ) |
| | ) |
| Defendants | ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

{B0351973.1}

Respectfully submitted,

*[signature]*

CORNELIUS R. HEUSEL (La. 06849)
JENNIFER A. FAROLDI (La. 25668)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE L.L.P.**

**Temporary Address:**

8555 United Plaza Boulevard
Baton Rouge, LA 70809-7000
Telephone: 225-248-2000
Facsimile: 225-248-2010


**Permanent Address:**

201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: 504-582-8000
Facsimile: 504-582-8015

*Attorneys for Defendants,*
*Ruby Tuesday, Inc. and Bobby Vaughn*

{B0351973.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 10 day of October, 2005, the foregoing Consent to Jurisdiction by a United States Magistrate Judge was served by U.S. Mail, properly addressed to the following:

C. Michael Quinn
H. Wallace Blizzard
Wiggins, Childs, Quinn & Pantazis, P.C.
301 19th Street North
Birmingham, AL 35203

Sherrie V. McKenzie
25 West Claiborne Street
Monroeville, AL 36460

*/s/ Jennifer A. Farrell*

{B0351973.1}