IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE,        )<br>    Plaintiff    ) <br>    ) <br>v.    ) <br>    ) <br>RUBY TUESDAY, INC.    ) <br>BOBBY VAUGHN,    ) <br>    Defendants    ) | CIVIL ACTION NO. 3:05CV569-W |

**NOTICE OF RETURN TO PERMANENT ADDRESS**

NOW INTO COURT come counsel for Defendants, Ruby Tuesday, Inc. and Bobby Vaughn, and provide notice of their relocation and change of address from their firm's Baton Rouge office to its New Orleans office.  Mr. Heusel and Ms. Faroldi have returned to their permanent address:

Cornelius R. Heusel
Jennifer A. Faroldi
**Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.**
201 St. Charles Avenue, Floor 47
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
E-mail: nheusel@joneswalker.com and jfaroldi@joneswalker.com

{N1420503.1}                    1

Respectfully submitted,

**/s/ Cornelius R. Heusel**_____
CORNELIUS R. HEUSEL (La. 06849)
JENNIFER A. FAROLDI (La. 25668)
**JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE L.L.P.**
201 St. Charles Avenue, Floor 47
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015

*Attorneys for Defendants,
Ruby Tuesday, Inc.*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following as follows:

C. Michael Quinn
H. Wallace Blizzard
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
301 19th Street North
Birmingham, Alabama 35203

Sherrie V. McKenzie
Attorney at Law
25 West Claiborne Street
Monroeville, Alabama 36460

        **/s/ Cornelius R. Heusel**