IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUBY TUESDAY, INC., et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:05cv569-SRW |

## **ORDER**

For good cause, it is

ORDERED that the trial of this matter is re-scheduled from February 20, 2007 to the trial term commencing February 5, 2007 in Opelika, Alabama.

All other deadlines set out in the uniform scheduling order (Doc. # 16) entered on December 16, 2006 shall remain in effect.

DONE, this 14th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE