IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE, )<br>      Plaintiff      )<br>                    )<br>v.                           )<br>                    )<br>RUBY TUESDAY, INC.    )<br>BOBBY VAUGHN,        )<br>      Defendants  )| CIVIL ACTION NO. 3:05CV569-W |

## DEFENDANT, RUBY TUESDAY'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, Ruby Tuesday Inc. ("Ruby Tuesday"), and upon suggesting to this Honorable Court that there are no genuine issues of material fact in dispute and that it is entitled to judgment as a matter of law, respectfully moves this Honorable Court, pursuant to Rule 56 of the Federal Rules of Civil procedure, to enter judgment in its favor and against Plaintiff, Rachel Cumbie, and dismiss all of Plaintiff's claims against Defendant with prejudice, at her cost, for the reasons more fully set forth in the attached memorandum of law.

Respectfully submitted,

**/s/ Cornelius R. Heusel**
CORNELIUS R. HEUSEL (La. 06849)
JENNIFER A. FAROLDI (La. 25668)
**JONES, WALKER, WAECHTER,**
**POITEVENT, CARRERE & DENEGRE L.L.P.**
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone:  504-582-8000
Facsimile:  504-582-8015

*Attorneys for Defendant,*
*Ruby Tuesday, Inc.*

{N1569499.1}                                                      1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following as follows:

C. Michael Quinn
H. Wallace Blizzard
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
301 19th Street North
Birmingham, Alabama 35203

Sherrie V. McKenzie
Attorney at Law
25 West Claiborne Street
Monroeville, Alabama 36460

                                          **/s/ Cornelius R. Heusel**_____