IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv569-SRW |
| ) | |
| RUBY TUESDAY, INC., ) | |
| BOBBY VAUGHN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action is presently before the court on the motion for summary judgment filed by defendant on October 16, 2006. The parties are DIRECTED to comply with the order of this court entered on December 16, 2005 (Doc. # 17), which establishes the briefing schedule.

Done, this 17th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE