IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:05-CV-569-W |
| | ) |
| RUBY TUESDAY, INC | ) |
| BOBBY VAUGHN | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S EVIDENTIARY SUBMISSION
IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

COMES NOW the plaintiff, by and through the undersigned counsel, and submits the following evidence in opposition to the defendant's motion for summary judgment:

1. Deposition of Rachel Cumbie with exhibits

2. Depositions of Bobby Vaughn with exhibits

3. EEOC document F from the EEOC investigation


Respectfully submitted

 s/C. Michael Quinn
C. Michael Quinn
H. Wallace Blizzard
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing by placing in the U.S. Mail postage prepaid to the following counsel:

Cornelius R. Heusel
Jennifer A Faroldi
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100


    Done this  6th    day of November   , 2006


                       s/C. Michael Quinn
                       Of Counsel