# EXHIBIT 3

| Employee Id | Name | Sex Code | Hire Date | Position Id | Termination Date | Termination Reason | Location Code |
|---|---|---|---|---|---|---|---|
| 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 | Phillips, Tona N | F | 2/10/2004 | RESTEMP | 8/8/2004 | Seek other employ/other reason | 3945 |
| 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 | Sclulara, John A | M | 3/17/2004 | RESTEMP | 8/8/2004 | No call/no show | 3945 |
| 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 | Sullivan, Michael P | M | 10/13/2003 | RESTEMP | 11/22/2003 | Temporary layoff | 3945 |
| 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 | Kindelberger, Dwain R | M | 11/12/2003 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Specht, Brock | M | 9/24/2000 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Harcum Sr, Rodney | M | 7/12/2004 | RESTEMP | 8/1/2004 | Other - voluntary resignation | 3945 |
| 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 | Lynch, Nicole | F | 5/26/2003 | RESTEMP | 6/2/2004 | Other - voluntary resignation | 3945 |
| 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 | Hume, Kevin D | M | 5/1/2004 | RESTEMP | 5/24/2004 | No call/no show | 3945 |
| 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 | Kirkland, Ben | M | 5/14/2001 | RESTEMP | 4/10/2004 | Other - voluntary resignation | 3945 |
| 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 | Vanderveer, Nate | M | 6/4/2003 | RESTEMP | 8/21/2003 | Location closing | 3945 |
| 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 | Famber, Anitra S | F | 11/1/2003 | RESTEMP | 2/12/2004 | Seek other employ/other reason | 3945 |
| 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 | Phillips, Darius | M | 9/7/2003 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Dew, William | M | 9/12/2002 | RESTEMP | 12/2/2003 | Other - voluntary resignation | 3945 |
| 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 | Imbrenda, Paul | M | 5/7/2003 | RESTEMP | 8/19/2003 | Location closing | 3945 |
| 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 | Lentz, Ryan M | M | 5/4/2004 | RESTEMP | 10/6/2004 | Other - voluntary resignation | 3945 |
| 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 | Nelson, Kelly E | F | 12/17/2003 | RESTEMP | 9/8/2004 | Seek other employ/other reason | 3945 |
| 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 | Allen, Mary L | F | 8/5/2004 | RESTEMP | 10/6/2004 | Other - voluntary resignation | 3945 |
| 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 | Mc Roberts, Ashley E | F | 8/11/2003 | RESTEMP | 10/7/2003 | Other - voluntary resignation | 3945 |
| 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 | Finegan, Heidi | F | 8/8/1998 | MGR3945 | 6/1/2004 | To resume home duties | 3945 |
| 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 | Yancey, Jason H | M | 8/2/2004 | RESTEMP | 11/3/2004 | Other - voluntary resignation | 3945 |
| 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 | Norman, Jason M | M | 1/20/2004 | RESTEMP | 9/8/2004 | Seek other employ/other reason | 3945 |
| 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 | Duffy, Deirdre | F | 4/22/2004 | RESTEMP | 7/7/2004 | Other - voluntary resignation | 3945 |
| 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 | Gordon, Kelly G | M | 5/11/2004 | RESTEMP | 5/28/2004 | No call/no show | 3945 |
| 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 | Gordon, Marcus | M | 5/11/2004 | RESTEMP | 5/24/2004 | No call/no show | 3945 |
| 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 | Westbrook, Samantha M | F | 11/6/2003 | RESTEMP | 4/10/2004 | No call/no show | 3945 |
| 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 | Hicks, Todd | M | 4/22/2003 | RESTEMP | 2/12/2004 | Personal reasons unrelated to | 3945 |
| 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 | Dixon, Dannon | M | 2/5/2003 | RESTEMP | 9/2/2003 | Temporary layoff | 3945 |
| 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 | Morris, Ashley E | F | 4/23/2004 | RESTEMP | 6/14/2004 | No call/no show | 3945 |
| 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 | Rooks, Judy L | F | 11/18/2003 | RESTEMP | 3/5/2004 | No call/no show | 3945 |
| 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 | Rooks, Shanda L | F | 1/2/2004 | RESTEMP | 7/27/2004 | No call/no show | 3945 |
| 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 | Harris, Amanda | F | 1/21/2003 | RESTEMP | 8/19/2003 | Relocation of job | 3945 |
| 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 | Dixon, Nineka K | F | 9/8/2003 | RESTEMP | 6/28/2004 | Seek other employ/other reason | 3945 |
| 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 | Cupp, Ben T | M | 7/28/2003 | RESTEMP | 9/2/2003 | Temporary layoff | 3945 |
| 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 | Tipton, Shoena N | F | 8/26/2004 | RESTEMP | 11/3/2004 | Other - voluntary resignation | 3945 |
| 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 | Jordan, Charlie | M | 8/28/2003 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Ward, Erick | M | 4/27/2004 | RESTEMP | 5/24/2004 | No call/no show | 3945 |
| 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 | Torbert, Danielle D | F | 8/11/2003 | RESTEMP | 9/17/2003 | Indefinite or permanent layoff | 3945 |
| 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 | Oates, Jewel | F | 10/21/2002 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Moore, Micah | F | 8/13/2003 | RESTEMP | 8/23/2003 | Temporary layoff | 3945 |
| 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 | Fayer, Adam F | M | 5/25/2004 | RESTEMP | 10/6/2004 | Other - voluntary resignation | 3945 |
| 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 | Vernon, Sean | M | 8/13/2003 | RESTEMP | 9/2/2003 | Temporary layoff | 3945 |
| 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 | Olls, Mark | M | 9/12/2002 | RESTEMP | 8/5/2003 | Other - voluntary resignation | 3945 |
| 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 | Serna, Terrance | M | 4/2/2003 | RESTEMP | 3/5/2004 | No call/no show | 3945 |
| 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 | Scott, Taiwo J | M | 2/10/2004 | RESTEMP | 8/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Abate, Teri L | F | 8/16/1994 | GM3945 | 11/3/2003 | Personal reasons unrelated to | 3945 |
| 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 | OBara, Lindsay C | F | 1/14/2004 | RESTEMP | 9/8/2004 | Seek other employ/other reason | 3945 |
| 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 | Stamper, Todd | M | 8/14/2003 | RESTEMP | 2/12/2004 | Other - voluntary resignation | 3945 |
| 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 | White, Alex | M | 9/30/2003 | RESTEMP | 11/22/2003 | Location closing | 3945 |
| 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 | ONeal, Cayce L | F | 12/15/2003 | RESTEMP | 12/6/2004 | Personal reasons unrelated to | 3945 |
| 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 | Autry, Benjamin R | M | 8/5/2004 | RESTEMP | 9/8/2004 | No call/no show | 3945 |
| 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 | Kellogg, Travis | M | 5/19/2003 | RESTEMP | 9/2/2003 | Temporary layoff | 3945 |
| 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 | Cannon, Mary K | F | 4/20/2004 | RESTEMP | 7/29/2004 | Personal reasons unrelated to | 3945 |
| 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 | Lober, Jason S | M | 8/11/2003 | RESTEMP | 3/5/2004 | Personal reasons unrelated to | 3945 |
| 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 | Frost, Denika N | F | 10/13/2003 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Cummings, Caron | F | 2/27/2002 | RESTEMP | 6/28/2004 | Seek other employ/other reason | 3945 |
| 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 | Perry, Chrystal D | F | 4/6/2004 | RESTEMP | 11/9/2004 | Violation of company rules | 3945 |
| 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 | Jansen, Jacob M | M | 3/23/2004 | RESTEMP | 5/24/2004 | No call/no show | 3945 |
| 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 | Carnley, Leslie | F | 8/23/2003 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Burton, JeDavin M | M | 2/10/2004 | RESTEMP | 3/5/2004 | Seek other employ/other reason | 3945 |
| 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 | Nichols, Savannah L | F | 3/10/2004 | RESTEMP | 9/18/2004 | No call/no show | 3945 |
| 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 | Lamey, Thomas | M | 4/22/2003 | RESTEMP | 5/28/2004 | Seek other employ/other reason | 3945 |
| 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 | Shehee, Erica | F | 8/21/2001 | RESTEMP | 2/12/2004 | No call/no show | 3945 |
| 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 | Goins, Meagan D | F | 1/5/2004 | RESTEMP | 12/6/2004 | Seek other employ/other reason | 3945 |
| 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 | Weaver, Kristen L | F | 4/27/2004 | RESTEMP | 11/9/2004 | No call/no show | 3945 |
| 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 | McJenkins, Leighann | F | 9/21/1999 | RESTEMP | 7/7/2004 | Other - voluntary resignation | 3945 |
| 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 | Dison, Amy E | F | 8/18/2004 | RESTEMP | 9/8/2004 | No call/no show | 3945 |
| 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 | Roeder, Kris | F | 5/27/2000 | MGR3945 | 12/30/2003 | Dissatisfied with job | 3945 |
| 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 | Ligon, Carlos A | M | 10/19/2004 | RESTEMP | 11/9/2004 | No call/no show | 3945 |
| 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 | Mc CALL, Aficia | F | 6/25/2002 | RESTEMP | 2/12/2004 | No call/no show | 3945 |
| 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 | Welch, Robert | M | 6/20/2003 | RESTEMP | 10/7/2003 | Other - voluntary resignation | 3945 |
| 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 | Spyrka, Tami | F | 5/12/2000 | RESTEMP | 7/7/2004 | Other - voluntary resignation | 3945 |
| 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 | Tucker, David | M | 7/11/2003 | RESTEMP | 12/2/2003 | Other - voluntary resignation | 3945 |
| 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 | Rushing, Greg W | M | 7/19/2004 | RESTEMP | 8/1/2004 | Other - voluntary resignation | 3945 |
| 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 | Morales, Manuel D | M | 8/4/2003 | RESTEMP | 11/22/2003 | Indefinite or permanent layoff | 3945 |
| 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 | Chism, James | M | 1/7/2001 | RESTEMP | 3/5/2004 | Personal reasons unrelated to | 3945 |
| 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 | Wynn, Kristy J | F | 6/10/2004 | RESTEMP | 9/8/2004 | No call/no show | 3945 |
| 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 | Stephens, Claire D | F | 12/17/2003 | RESTEMP | 4/10/2004 | Other - voluntary resignation | 3945 |
| 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 | Ferrell, Ashley | F | 8/13/2003 | RESTEMP | 3/26/2004 | Job elimination | 3945 |
| 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 | Neil, Ashleigh | F | 5/18/2003 | RESTEMP | 8/19/2003 | Location closing | 3945 |
| 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 | Breeden, Kristina L | F | 9/4/2003 | RESTEMP | 1/8/2004 | Other - voluntary resignation | 3945 |
| 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 | Fincher, Robert B | M | 5/25/2004 | RESTEMP | 7/29/2004 | Personal reasons unrelated to | 3945 |


EXHIBIT

| SSN | Name | Sex | Hire Date | Type | End Date | Reason | Code |
|---|---|---|---|---|---|---|---|
| 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 | Helms, Tamara | F | 9/12/2002 | RESTEMP | 8/5/2003 | Other - voluntary resignation | 3945 |
| 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 | Harris, Felicia A | F | 9/13/1994 | RESTEMP | 11/19/2004 | Seek other employ/other reason | 3945 |
| 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 | Bohannon, Jordan K | M | 12/10/2003 | RESTEMP | 3/5/2004 | No call/no show | 3945 |
| 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 | Meadows, Kristen T | F | 9/18/2003 | RESTEMP | 4/10/2004 | Violation of company rules | 3945 |
| 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 | Myrick, Rachel R | F | 3/8/2004 | RESTEMP | 4/10/2004 | Other - voluntary resignation | 3945 |
| 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 | Hayles, James R | M | 7/1/2004 | RESTEMP | 9/8/2004 | Seek other employ/other reason | 3945 |
| 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 | Shue, Dustin | M | 6/4/2003 | RESTEMP | 11/4/2003 | Other - voluntary resignation | 3945 |
| 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 | Brantley, David R | M | 7/8/2004 | RESTEMP | 8/1/2004 | Other - voluntary resignation | 3945 |
| 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 | Carey, Vanessa R | F | 7/19/2004 | RESTEMP | 11/19/2004 | Seek other employ/other reason | 3945 |
| 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 | Chapin, Heather R | F | 8/26/2004 | RESTEMP | 11/3/2004 | Other - voluntary resignation | 3945 |
| 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 | Carver, Mary J | F | 10/21/2002 | RESTEMP | 9/2/2003 | Temporary layoff | 3945 |
| 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 | Thornton, Nathan | M | 4/30/2003 | RESTEMP | 4/7/2004 | Other - voluntary resignation | 3945 |
| 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 | Thomas, Micheal S | M | 9/18/2003 | RESTEMP | 1/6/2004 | Other - voluntary resignation | 3945 |
| 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 | Ganus, Timothy | M | 12/12/2002 | RESTEMP | 11/22/2003 | Location closing | 3945 |
| 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 | Lucas, Jeremy B | M | 8/5/2004 | RESTEMP | 10/6/2004 | Other - voluntary resignation | 3945 |
| 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 | Marsh, Melissa M | F | 1/20/2004 | RESTEMP | 3/5/2004 | No call/no show | 3945 |
| 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 | Shelton, Trisha A | F | 11/12/2003 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Hendrickson, Daniel G | M | 12/11/2003 | RESTEMP | 3/5/2004 | No call/no show | 3945 |
| 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 | Tews, Cassandra M | F | 9/4/2003 | RESTEMP | 3/5/2004 | Personal reasons unrelated to | 3945 |
| 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 | Murray, Ellen C | F | 9/18/2003 | RESTEMP | 11/22/2003 | Temporary layoff | 3945 |
| 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 | Ederer, Ashlee | F | 6/17/2004 | RESTEMP | 7/17/2004 | No call/no show | 3945 |
| 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 | Austin, Donald B | M | 4/8/2004 | RESTEMP | 5/24/2004 | No call/no show | 3945 |
| 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 | Perry, Traci E | F | 7/15/2003 | RESTEMP | 1/8/2004 | Other - voluntary resignation | 3945 |
| 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 | Menard, Steve A | M | 5/25/2004 | RESTEMP | 8/8/2004 | Other - voluntary resignation | 3945 |
| 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 | Goss, John L | M | 11/11/2004 | RESTEMP | 12/8/2004 | No call/no show | 3945 |
| 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 | Homler, Ryan | M | 5/13/2003 | RESTEMP | 11/22/2003 | Relocation of job | 3945 |
| 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 | Encinas, Caroline | F | 7/29/2003 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Alozie, Uche | M | 8/23/2003 | RESTEMP | 7/29/2004 | No call/no show | 3945 |
| 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 | Thomas, Marquita C | F | 8/11/2003 | RESTEMP | 9/17/2003 | Indefinite or permanent layoff | 3945 |
| 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 | Mc Donough, Meghan L | F | 3/8/2004 | RESTEMP | 5/28/2004 | Seek other employ/other reason | 3945 |
| 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 | Mc Gowin, Stephen D | M | 5/25/2004 | RESTEMP | 8/1/2004 | Other - voluntary resignation | 3945 |
| 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 | Franco, Natalia N | F | 9/28/2004 | RESTEMP | 11/8/2004 | No call/no show | 3945 |
| 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 | Kalb, Anthony | M | 6/20/2000 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Hollis, Berinda | F | 2/5/2003 | RESTEMP | 11/4/2003 | Other - voluntary resignation | 3945 |
| 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 | Johnson, Tiffany N | F | 6/8/2004 | RESTEMP | 11/3/2004 | Other - voluntary resignation | 3945 |
| 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 | Albarado, Melinda | F | 4/22/2003 | RESTEMP | 5/24/2004 | No call/no show | 3945 |
| 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 | Campbell, Marissa A | F | 2/10/2004 | RESTEMP | 5/28/2004 | No call/no show | 3945 |
| 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 | Gandy, Denise N | F | 12/30/2003 | RESTEMP | 6/14/2004 | Seek other employ/other reason | 3945 |
| 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 | Braniger, Ryan | M | 6/2/2002 | RESTEMP | 9/2/2003 | Temporary layoff | 3945 |
| 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 | Cartagena, Wilfredo | M | 2/24/2001 | RESTEMP | 12/1/2004 | Other - voluntary resignation | 3945 |
| 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 | Turner, Dustin | M | 6/11/2002 | RESTEMP | 8/19/2003 | Relocation of job | 3945 |
| 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 | Meehan, Erica | F | 2/25/2003 | RESTEMP | 9/1/2004 | Other - voluntary resignation | 3945 |
| 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 | Grant, Kamilah | F | 5/14/2002 | RESTEMP | 2/4/2004 | Other - voluntary resignation | 3945 |
| 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 | Ochoa, Daniel A | M | 1/14/2004 | RESTEMP | 4/10/2004 | No call/no show | 3945 |
| 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 | Goolsby, Courtland W | M | 9/14/2004 | RESTEMP | 11/3/2004 | Other - voluntary resignation | 3945 |