IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:05-CV-569-W |
| | ) |
| RUBY TUESDAY, INC | ) |
| BOBBY VAUGHN | ) |
| | ) |
| Defendants. | ) |

NOTICE TO THE COURT CONCERNING SETTLEMENT & MEDIATION

Counsel for the parties give notice to the Court that, on November 20, 2006, they discussed the possibility of settlement and offers have been exchanged. The parties are willing to participate in mediation to try and resolve this case prior to trial.


s/C. Michael Quinn                                                s/Jennifer A. Faroldi
C. Michael Quinn                                                     Jennifer A. Faroldi
Attorney for Plaintiffs                                                Attorney for Defendants