IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL CUMBIE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:05-CV-569-W |
| | ) | |
| RUBY TUESDAY, INC | ) | |
| BOBBY VAUGHN | ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S MOTION TO DISMISS INDIVIDUAL DEFENDANT

COMES NOW, the plaintiff, Rachel Cumbie, by and through her attorneys of record and moves this Court to enter an Order dismissing all of Plaintiff's claims against the individual Defendant, Bobby Vaughn with prejudice, with each party to bear it own costs. Plaintiff's claims against Ruby Tuesday, Inc., are not dismissed.

Respectfully submitted this, the 6th day of December, 2006:

                s/C. Michael Quinn
                C. Michael Quinn
                H. Wallace Blizzard
                Attorney for Plaintiff

                Sherrie V. McKenzie
                Sherrie V. McKenzie at Law

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing by placing in the U.S. Mail postage prepaid to the following counsel:

Cornelius R. Heusel
Jennifer A Faroldi
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100


      Done this 6th   day of December  , 2006


                                    s/ C. Michael Quinn
                                    Of Counsel