IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv569-SRW |
| ) | |
| RUBY TUESDAY, INC., ) | |
| BOBBY VAUGHN, ) | |
| ) | |
|     Defendants. ) | |

## **ORDER**

This action is presently before the court on the plaintiff's motion to dismiss filed on December 6, 2006 (Doc. # 26). Upon consideration of the motion, it is

ORDERED that Defendant Bobby Vaughn may respond to the motion on or before December 19, 2006.[1]

Done, this 12th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion will be submitted for decision without oral argument. Should the court determine that oral argument is necessary, a hearing date will be scheduled later.