IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL CUMBIE, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV569-W |
| | ) | |
| RUBY TUESDAY, INC. | ) | |
| BOBBY VAUGHN, | ) | |
|     Defendants | ) | |

### DEFENDANT, BOBBY VAUGHN'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS

**NOW INTO COURT**, comes Defendant, Bobby Vaughn and responds that he has no objection to the entry of dismissal with prejudice pursuant to Plaintiff's Motion to Dismiss.

Respectfully submitted,

**/s/ Cornelius R. Heusel**
CORNELIUS R. HEUSEL (La. 06849)
JENNIFER A. FAROLDI KOGOS (La. 25668)
**JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE L.L.P.**
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: 504-582-8000
Facsimile: 504-582-8015

*Attorneys for Defendants,
Ruby Tuesday, Inc. and Bobby Vaughn*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2006, I electronically filed the foregoing Response to Plaintiff's Motion to Dismiss with the Clerk of the Court, to be served by operation of the Court's electronic notification system upon the following:

C. Michael Quinn
H. Wallace Blizzard
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
301 19th Street North
Birmingham, Alabama 35203

Sherrie V. McKenzie
Attorney at Law
25 West Claiborne Street
Monroeville, Alabama 36460

/s/ Cornelius R. Heusel