IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.3:05cv569-SRW |
| ) | |
| BOBBY VAUGHN, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pursuant to the motion to dismiss individual defendant filed by the plaintiff on December 6, 2006, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED between plaintiff and defendant Bobby Vaughn with prejudice, with each party to bear their own costs.

DONE, this 20th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE