IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE,              ) | |
|     Plaintiff              ) | |
|                               ) | |
| v.                            ) | CIVIL ACTION NO. 3:05CV569-W |
|                               ) | |
| RUBY TUESDAY, INC.          ) | |
| BOBBY VAUGHN,                ) | |
|     Defendants            ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to the Court's Amended Uniform Scheduling Order dated April 10, 2006, Defendant, Ruby Tuesday, Inc. ("Ruby Tuesday"), submits the following list of witnesses it will or may call to give testimony in this matter:

**A.   WILL CALL**

    1.   Bobby Vaughn
        General Manager
        Ruby Tuesday, Inc.
        150 West Church Avenue
        Maryville, TN  37801
        (888) 553-4352

**B.   MAY CALL**

    1.   Kathy Reed Comeaux
        General Manager
        Ruby Tuesday, Inc.
        150 West Church Avenue
        Maryville, TN  37801
        (888) 553-4352

    2.   Greg Thompson
        District of Operations
        Ruby Tuesday, Inc.
        150 West Church Avenue
        Maryville, TN  37801
        (888) 553-4352

3.   Chad Zuengas
     Manager In Training
     Ruby Tuesday, Inc.
     150 West Church Avenue
     Maryville, TN 37801
     (888) 553-4352

4.   Zach Taylor
     11 Ross Circle
     Auburn, Alabama
     (334) 444-9515

5.   Wilfredo Cartegna
     (256) 457-9744

6.   Keely Riddle
     50 Glenabbey Drive NW
     Cartersville, Georgia 30120

7.   Robert Betts
     Ruby Tuesday, Inc.
     150 West Church Avenue
     Maryville, TN 37801
     (888) 553-4352

8.   Any witness listed by Plaintiff.

Any other individuals likely to have discoverable information relevant to disputed facts if and when discovered through the course of this action.

Respectfully submitted,

**/s/ Cornelius R. Heusel**
CORNELIUS R. HEUSEL (La. 06849)
JENNIFER A. FAROLDI (La. 25668)
**JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE L.L.P.**
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: 504-582-8000
Facsimile: 504-582-8015
*Attorneys for Defendant,
Ruby Tuesday, Inc.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following as follows:

C. Michael Quinn
H. Wallace Blizzard
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
301 19th Street North
Birmingham, Alabama 35203

Sherrie V. McKenzie
Attorney at Law
25 West Claiborne Street
Monroeville, Alabama 36460


**/s/ Cornelius R. Heusel**