IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:05-CV-569-W |
| ) | |
| RUBY TUESDAY, INC ) | |
| BOBBY VAUGHN ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S WITNESS LIST

COMES NOW the Plaintiff, by and through her counsel, and submits this list of witnesses they may call at trial of this cause:

**WILL CALL**

1. Rachel Cumbie
   c/o Wiggins, Childs, Quinn & Pantazis P.C.

2. Bobby Vaughn
   c/o Ruby Tuesday

**MAY CALL**

3. Terry Abbott
   c/o Ruby Tuesday

4. Zach Taylor
   c/o Ruby Tuesday

5. Kathy Reed Comeaux
   c/o Ruby Tuesday

6. Greg Thompson
   c/o Ruby Tuesday

7.      Chad Zuengas
           c/o Ruby Tuesday

8.      Any witnesses listed on the defendant's witness list

9.      Any witnesses needed for rebuttal or impeachment

10.     Any witness who is identified between now and the trial of this cause.

                    Respectfully submitted

                    s/C. Michael Quinn
                    C. Michael Quinn
                    H. Wallace Blizzard
                    WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
                    301 19th Street North
                    Birmingham, AL 35203
                    (205) 314-0500

CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following as follows:

Cornelius R. Heusel
Jennifer A Faroldi
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100

      Done this __3rd__ day of __January,__ 2007

                              _s/C. Michael Quinn_
                              Of Counsel