IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.3:05cv569-SRW |
| ) | |
| BOBBY VAUGHN, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For good cause, it is

ORDERED that this matter is set for a settlement conference at 2:00 p.m. on January 24, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. A pretrial conference shall be held at the conclusion of the settlement conference if the parties are unable to reach a settlement in this matter.

DONE, this 19th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE