IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.3:05cv569-SRW |
| ) | |
| RUBY TUESDAY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On January 24, 2007, the court held a mediation conference in this case. At the conclusion of the mediation conference, the parties announced that they have reached a settlement. Accordingly, it is

ORDERED that on or before February 6, 2007, the parties shall file a joint motion to dismiss or other appropriate pleadings.

It is further ORDERED that the trial of this matter is CONTINUED generally pending receipt of the motion to dismiss.

DONE, this 25th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE