IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:05-CV-569-SRW |
| | ) |
| RUBY TUESDAY, INC | ) |
| BOBBY VAUGHN | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

NOW INTO COURT, come Defendant, Ruby Tuesday, Inc. ("Ruby Tuesday"), and Plaintiff, Rachel Cumbie, who file this Stipulation of Dismissal. The parties hereby represent to the court that they have effected a compromise of all claims and demands which each party has against the other as a result of the allegations contained in the Complaint filed herein. Plaintiff understands that by filing this Stipulation of Dismissal she will be waiving any and all rights against Ruby Tuesday concerning the allegations made in her Complaint. Therefore, the parties respectfully request that this Honorable Court dismiss the action with prejudice, each party to bear their own costs.

{N1626237.1}

Respectfully submitted,

| | |
|---|---|
| **/s/ C. Michael Quinn** | **/s/ *Jennifer F. Kogos*** |
| C. Michael Quinn | CORNELIUS R. HEUSEL (La. 06849) |
| Wiggins, Childs, Quinn & Pantazis, LLC | JENNIFER FAROLDI KOGOS (La. 25668) |
| 301 19th Street North | **JONES, WALKER, WAECHTER,** |
| Birmingham, AL  35203 | **POITEVENT, CARRERE & DENEGRE** |
| *Attorney for Rachel Cumbie* | **L.L.P.** |
| | 201 St. Charles Avenue |
| | New Orleans, LA 70170-5100 |
| | Telephone:  504-582-8000 |
| | Facsimile:  504-582-8015 |
| | *Attorney for Ruby Tuesday* |

{N1601900.1}

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL CUMBIE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vi. | ) | CIVIL ACTION NO. |
| | ) | 3:05-CV-569-SRW |
| | ) | |
| RUBY TUESDAY, INC | ) | |
| BOBBY VAUGHN | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Considering the foregoing Stipulation of Dismissal,

**IT IS ORDERED** that the above-titled matter be dismissed, with prejudice, each party to bear their own costs.

Done this _____ day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

{N1601900.1}