IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RACHEL CUMBIE,             ) | |
|        Plaintiff,       ) | |
| v.                          ) | CIVIL ACTION NO.3:05cv569-SRW |
| RUBY TUESDAY, INC.,        ) | |
|        Defendant.      ) | |

## **ORDER**

Pursuant to the stipulation of dismissal filed by the parties on March 6, 2007, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice with each party to bear their own costs.

DONE, this 9th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE